ELLIS P. EARLE, Respondent, *v.* LLOYD G. McCRUM, Appellant.

*Earle* v. *McCrum*, 138 App. Div. 909, affirmed.
(Argued October 16, 1911; decided October 31, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department,

entered May 31, 1910, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court in an action to recover upon a promissory note.

*William P. Maloney* for appellant.

*Richard T. Greene* and *George F. Hurd* for respondent.

Judgment affirmed, with costs; no opinion. ·
Concur: CULLEN, Ch. J., GRAY, WERNER, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.